No. 01–1317. ATTORNEY GENERAL OF CANADA *v.* R. J. REYN-OLDS TOBACCO HOLDINGS, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–1744. COUNTY OF HUMBOLDT ET AL. *v.* BURTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–10510. LEE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–10996. HALL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–11006. VALUCK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–15. SHELTON ET AL. *v.* CONSUMER PRODUCT SAFETY COMMISSION ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–70. ROE, WARDEN *v.* LESO FERNANDEZ. C. A. 9th Cir. Certiorari denied.

No. 02–138. CAMPBELL *v.* LYON. C. A. 4th Cir. Certiorari denied.

No. 02–168. FOUSSELL *v.* PARKER DRILLING OFFSHORE, USA, LLC, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–177. ALDRIDGE ET AL. *v.* GOODYEAR TIRE & RUBBER CO., INC. C. A. 4th Cir. Certiorari denied.

No. 02–189. MITSUBISHI HEAVY INDUSTRIES, LTD. *v.* CAN-TUBA ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 02–206. CONERY *v.* NICCOLLAI ET AL. C. A. 3d Cir. Certiorari denied.